# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

CASE NO.: **18-23422-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

CECILIA DIAZ
LAZARO DIAZ

<u>DEBTORS</u>_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __6 / 27 / 2019__.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____

☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727

☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877

☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.:  18-23422-BKC-LMI

## <u>CERTIFICATE OF SERVICE</u>

**<u>COPIES FURNISHED TO:</u>**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**<u>DEBTORS</u>**
CECILIA DIAZ
LAZARO DIAZ
691 EAST 35 STREET
HIALEAH, FL  33013

**Via Electronic Service:**
**<u>ATTORNEY FOR DEBTORS</u>**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
05/10/2019 FRI 10:15      FAX 9544434452                    CH13MIAMI_FAX                          001
```

```
                     *********************
                     *** FAX TX REPORT ***
                     *********************

                     TRANSMISSION OK

          JOB NO.                  3319
          DESTINATION ADDRESS      13052661151
          SUBADDRESS
          DESTINATION ID           CORONA, RICARDO
          ST. TIME                 05/10 10:14
          TX/RX TIME               00' 33
          PGS.                     1
          RESULT                   OK
```

## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

May 09, 2019

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

Case: 18-23422-BKC-LMI                    RE: CECILIA DIAZ
                                          LAZARO DIAZ

Dear RICARDO R. CORONA, ESQ.

More than thirty days have passed since the claims bar date on January 23, 2019. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months

Very truly yours,

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

May 09, 2019

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

Case: 18-23422-BKC-LMI                    RE: CECILIA DIAZ
                                              LAZARO DIAZ

Dear RICARDO R. CORONA, ESQ.

More than thirty days have passed since the claims bar date on January 23, 2019. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months

Very truly yours,

Claims Administrator