<table>
<tr><td>Fill in this information to identify the case:</td></tr>
<tr><td>Debtor 1   Cecilia Diaz</td></tr>
<tr><td>Debtor 2   Lazaro Diaz<br>(Spouse, if filing)</td></tr>
<tr><td>United States Bankruptcy Court for the:  SOUTHERN     District of  FLORIDA<br>(State)</td></tr>
<tr><td>Case number  18-23422-LMI</td></tr>
</table>

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   PennyMac Loan Services, LLC          **Court claim no. (if known)**   2

**Last four digits** of any number you   XXXXXX3255
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 11/28/2018, 12/28/2018 | (5) | $ 550.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: _____ | | (11) | $ |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Cecilia Diaz
            First Name   Middle Name   Last Name

Case number (*if known*)   18-23422-LMI

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
▉ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Ashley Prager Popowitz          Date    5/14/2019
    Signature

Print:   Ashley          Prager           Popowitz            Title    Bankruptcy Attorney
         First Name      Middle Name      Last Name

Company   McCalla Raymer Leibert Pierce, LLC, attorney for PennyMac Loan Services, LLC

Address   110 S.E. 6th Street, Suite 2400
          Number        Street
          Ft. Lauderdale         FL            33301
          City                   State         ZIP Code

Contact phone   754-263-1065        Email   Ashley.Popowitz@mccalla.com

***If the Debtors and Lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Postpetition Mortgage Fees, Expenses, and Changes is for notice purposes only and will be abated pending the outcome of the mediation. If the Debtors does not modify the mortgage, the notices will be effective pursuant to the Notice of Postpetition Mortgage fees, Expenses, and Charges

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In re:**              )
                        )  **Case No.** 18-23422-LMI
Cecilia Diaz            )  **Chapter** 13
Lazaro Diaz             )
                        )  **JUDGE:** Laurel M. Isicoff
                        )

## EXHIBIT B

ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees:                                              $550.00

| | | |
|---|---|---|
| 11/28/2018 | Preparation of the POC 410A History | $250.00 |
| 12/28/2018 | Preparation and Filing of Proof of Claim | $300.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                          **$550.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 18-23422-LMI |
| Cecilia Diaz | Chapter: 13 |
| Lazaro Diaz | Judge: Laurel M. Isicoff |

## CERTIFICATE OF SERVICE

I, Ashley Prager Popowitz, of McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Cecilia Diaz
691 East 35 Street
Hialeah, FL 33013

Lazaro Diaz
691 East 35 Street
Hialeah, FL 33013

Ricardo Corona, Esq.            *(served via ECF Notification)*
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich, Trustee       *(served via ECF Notification)*
POB 279806
Miramar, FL 33027

Office of the US Trustee        *(served via ECF Notification)*
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/14/2019       By:   */s/Ashley Prager Popowitz*
              (date)                 Ashley Prager Popowitz
                                     Florida BAR No. 72341
                                     Attorney for PennyMac Loan Services, LLC